File Hashes for IP Address 50.141.158.130

**ISP:** Comcast Cable
**Physical Location:** Woodridge, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/09/2013 02:50:09 | ABA90A20358A4F8602BA9F97AA40B7509B89BBBE | Pretty Babies |
| 04/09/2013 02:46:00 | F9B6061F6E9694F58391A8589087967689611A22 | Apartment Number Four |
| 04/02/2013 03:21:02 | D5DED7C85D1DDC143D0C124EEA5576076C0BE444 | In Love With Lexi |
| 04/01/2013 02:43:48 | 2A425C2975427A8037691A0F1EF6F0D21CE2399E | I Love X Art |
| 03/31/2013 03:43:23 | DB00FD3FF50CECFEA87DD643B2F41C39CAA235D4 | Featherlight |
| 03/24/2013 00:22:57 | 36DB7D2F155C52CC554EDCAD080131775311C445 | Enchanting Real Orgasms |
| 03/22/2013 06:28:19 | E9888EFD9A8CD2B243FF9F4F7428FF0310049484 | Afternoon Snack |
| 03/15/2013 08:19:33 | 719003480195D480A9A68C648484C684E49D5A80 | Late for Work |
| 03/07/2013 12:58:42 | 8588A66946A7F1D5E9B16D78207981DC62820F9C | Red Satin |
| 03/07/2013 12:11:00 | E8F04D921FC80D9EB9248C59A7A5E8DB88C951D7 | Two Boys and a Girl |
| 03/07/2013 10:39:21 | CB46BDBE7C79E2851EBE05D3E831835D524B3C32 | Photo Fantasy |
| 03/02/2013 17:13:04 | E849A97F6C7595793AF94C684056BFAD9ADD3478 | Naughty and Nice |
| 03/02/2013 06:55:15 | D17D20BC3F45458D925787A1F97FE9AFB51C11DD | Introducing Angelica |
| 03/02/2013 06:42:55 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 03/02/2013 06:36:01 | 29B5D8B8F382A6618A10232861626FE4B40A5C01 | Deep Longing |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

NIL84