**Copyrights-In-Suit for IP Address 50.141.158.130**

**ISP:** Comcast Cable
**Location:** Woodridge, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/22/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/09/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 03/02/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 03/24/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 03/31/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/01/2013 |
| In Love With Lexi | PA0001833318 | 03/18/2013 | 04/12/2013 | 04/02/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 03/02/2013 |
| Introducing Angelica | PA0001818283 | 11/28/2012 | 12/13/2012 | 03/02/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/15/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 03/02/2013 |
| Photo Fantasy | PA0001808631 | 09/28/2012 | 09/28/2012 | 03/07/2013 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/09/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/07/2013 |
| Two Boys and a Girl | PA0001828896 | 03/05/2013 | 03/12/2013 | 03/07/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 15**

EXHIBIT B

NIL84