**Expanded Surveillance of IP Address 50.141.158.130**

**ISP:** Comcast Cable
**Location:** Woodridge, IL

| Hit Date UTC | Filename |
|---|---|
| 05/01/2013 | New folder |
| 05/01/2013 | Game.of.Thrones.Season.3.1080i.HDTV |
| 05/01/2013 | The Hobbit and The Lord of The Rings Trilogy Soundtracks [OST] 320kbps |
| 04/30/2013 | How.I.Met.Your.Mother.S08E22.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/30/2013 | X-Art.13.04.29.Silvie.The.Siren.XXX.1080p.MP4-KTR[rarbg] |
| 04/29/2013 | The Hobbit An Unexpected Journey 2012 1080p Blu-ray Remux AVC DTS-HD MA 7.1 - KRaLiMaRKo |
| 04/29/2013 | American.Dad.S08E17.720p.HDTV.X264-DIMENSION [PublicHD] |
| 04/29/2013 | The.Simpsons.S24E18.720p.HDTV.X264-DIMENSION[rarbg] |
| 04/29/2013 | Family.Guy.S11E18.720p.HDTV.X264-DIMENSION[rarbg] |
| 04/28/2013 | Automan EP5.mpg |
| 04/28/2013 | Folktoppen.E1.2006.DivX-bXr |
| 04/28/2013 | George Baker Selection - Little Green Bag.avi |
| 04/28/2013 | X-Art.13.04.17.Presley.Rose.Petals.XXX.1080p.MP4-KTR |
| 04/28/2013 | X-Art.13.04.23.Leila.Caprice.And.Angelica.The.Sleepover.XXX.1080p.MP4-KTR[PublicHash] |
| 04/28/2013 | TNA Impact 2005-12-08 SVCD-SC-SDH |
| 04/28/2013 | Pantera Cor-de-rosa.TvRip.Xvid.skymovie.avi |
| 04/28/2013 | The.Hobbit.An.Unexpected.Journey.2012.x264.10bit.48fps.edition.BDRip.(1080p)-HDMaNiAcS.mkv |
| 04/28/2013 | Miami.Ink.S02 |
| 04/28/2013 | X-Art - Technicolor Dreams - Anneli, Jessica [1080p].mov |
| 04/28/2013 | X-Art - Apartment Number Four - Gianna 1080p xXx.mov |
| 04/28/2013 | X-Art - Karina - Love to Love You (1080p).mov |
| 04/28/2013 | X-Art - Angelica - Getting Down (HD 1080p).mp4 |
| 04/28/2013 | V.A - The Hobbit (An Unexpected Journey) OST [iTunes] (2012-Album) [STumPZ-ReleaSe] |
| 04/28/2013 | X-Art - Melanie, Victoria - Every Mans Desire (HD 1080p).mov |
| 04/28/2013 | Cuando Seas Mia 02.avi |
| 04/28/2013 | X-Art - Grace - Pure Grace (HD 1080p).mov |
| 04/28/2013 | X-Art 13 04 19 Bunny And Scarlet Fashion Models XXX 1080p WEB-DL |
| 04/27/2013 | James Rollins |
| 04/27/2013 | StarDrive-FLT |
| 04/27/2013 | Kerbal Space Program 0.19.1 (Windows Version) |
| 04/27/2013 | [ www.Torrenting.com ] - Gabriel.Iglesias.Aloha.Fluffy.Part.1.2013.720p.HDTV.x264-ORENJI |
| 04/27/2013 | [ www.Torrenting.com ] - Gabriel.Iglesias.Aloha.Fluffy.Part.2.2013.720p.HDTV.x264-ORENJI |
| 04/26/2013 | Mama.2013.1080p.BluRay.DTS-HD.MA.x264-PublicHD |
| 04/25/2013 | [Taka]_Naruto_Shippuuden_309_[720p][9C95759C].mp4 |

EXHIBIT C

NIL84

| Hit Date UTC | Filename |
|---|---|
| 04/24/2013 | Star_Trek-FLT |
| 04/24/2013 | SpongeBob.SquarePants.S09E01-06.1080p.WEB-DL.AAC2.0.H.264-YFN |
| 04/23/2013 | [ www.Speed.Cd ] - SpongeBob  SquarePants Disorder In The Deep 2013 DVDRip x264 AAC-OFFLiNE |
| 04/23/2013 | Game.of.Thrones.S02.Season.2.COMPLETE.720p.BluRay.x264.MIKY |
| 04/22/2013 | Earl Hooker Dont Have To Worry(blues)(mp3@320)[rogercc][h33t] |
| 04/22/2013 | The.Last.Stand.2013.1080p.BluRay.x264-MARKED [PublicHD] |
| 04/22/2013 | American.Dad.S08E16.720p.HDTV.X264-DIMENSION[rarbg] |
| 04/22/2013 | SpongeBob.SquarePants.S09E01-06.720p.WEB-DL.AAC2.0.H.264-YFN |
| 04/22/2013 | Get Excel Training - Beginner and Advanced Excel Training Video Tutorial |
| 04/21/2013 | [Coalgirls]_Evangelion_2.22_You_Can_(Not)_Advance_v3_(1920x1080_Blu-Ray_FLAC)_[9DB7F26B].mkv |
| 04/21/2013 | [Coalgirls]_Evangelion_1.11_You_Are_(Not)_Alone_(1920x1080_Blu-ray_FLAC)_[A73E31DA].mkv |
| 04/20/2013 | Assassins.Creed.III.Update.v1.05-RELOADED |
| 04/19/2013 | The.Guilt.Trip.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 04/18/2013 | Tron Legacy 2010 BluRay 1080p AVC DTS-HD MA7.1- DDR |
| 04/18/2013 | Jack.Reacher.2012.1080p.BluRay.X264-AMIABLE [PublicHD] |
| 04/18/2013 | Гостья (Original Soundtrack) (2013) |
| 04/17/2013 | [ www.Torrenting.com ] - How.I.Met.Your.Mother.S08E21.720p.HDTV.X264-DIMENSION |
| 04/16/2013 | How.I.Met.Your.Mother.S08E21.HDTV.x264-LOL.mp4 |
| 04/16/2013 | Antonio Pinto- The Host Soundtrack |
| 04/15/2013 | [ www.Torrenting.com ] - American.Dad.S08E15.720p.HDTV.X264-DIMENSION |
| 04/15/2013 | Amy Winehouse - Discography (Deluxe) CDRips 2011 [Bubanee] |
| 04/15/2013 | [ www.Torrenting.com ] - The.Simpsons.S24E17.720p.HDTV.X264-DIMENSION |
| 04/15/2013 | [ www.Torrenting.com ] - Family.Guy.S11E17.720p.HDTV.X264-DIMENSION |
| 04/15/2013 | IMAX: To The Arctic  (2012) 2D+3D 1080p Blu-Ray.iso |
| 04/11/2013 | [Taka]_Naruto_Shippuuden_307_[720p][BA33BF50].mp4 |
| 04/09/2013 | X-Art.13.04.05.Lexi.And.Mia.M.Pretty.Babies.XXX.1080p.MP4-KTR[rarbg] |
| 04/09/2013 | X-Art.13.04.07.Gianna.Apartment.Number.Four.XXX.1080p.MOV-KTR[rarbg] |
| 04/07/2013 | Microsoft.Visio.Professional.2013.x64-iNDiSO |
| 04/06/2013 | Thale 2012 BluRay 1080p x264 DTS-BRRIP |
| 04/06/2013 | LEGO.Batman.The.Movie.2013.1080p.WEB-DL.DD5.1.H.264-YFN |
| 04/06/2013 | [Taka]_Naruto_Shippuuden_306_[720p][5CD587BD].mp4 |
| 04/06/2013 | Stand.Up.Guys.2012.1080p.BluRay.x264-MARKED [PublicHD] |
| 04/05/2013 | Iron.Man.Rise.of.Technovore.2013.1080p.WEB-DL.DD5.1.H.264-YFN |
| 04/04/2013 | GFR - Good Singin' Good Playin' (1976-1999) eac-ape-cue.rar |
| 04/04/2013 | Microsoft Office ProPlus 2013 VL 32-bit and 64-bit English |
| 04/04/2013 | [Taka]_Naruto_Shippuuden_305_[720p][CEEEC36E].mp4 |
| 04/04/2013 | X-Art.13.03.20.Lexi.In.Love.With.Lexi.XXX.1080p.MP4-KTR[rarbg] |
| 04/03/2013 | [Taka]_Naruto_Shippuuden_304_[720p][59D3BAAE].mp4 |
| 04/03/2013 | [Taka]_Naruto_Shippuuden_302_[720p][B5D31F79].mp4 |

EXHIBIT C

NIL84

| Hit Date UTC | Filename |
|---|---|
| 04/03/2013 | X-Art - I Love X-Art (2013) [1080p].mp4 |
| 04/03/2013 | [Taka]_Naruto_Shippuuden_303_[720p][65DDE93F].mp4 |
| 04/03/2013 | G.I.Joe.The.Rise.Of.Cobra.2009.720p.BluRay.DTS.x264-CtrlHD |
| 04/02/2013 | MUCC - 2003 - Zekuu |
| 04/02/2013 | X-Art.13.04.02.Alice.Featherlight.XXX.1080p.MP4-KTR[rarbg] |
| 03/31/2013 | train - hey, soul sister |
| 03/31/2013 | Saga 011 (2013) (Digital) (Zone-Empire).cbr |
| 03/31/2013 | Resident.Evil.6.Update.1-RELOADED |
| 03/31/2013 | X-Art - I Love X-Art - Kaylee aka Candice Luca [1080p].mp4 |
| 03/30/2013 | Sniper.Ghost.Warrior.2.v1.05.Update-SKIDROW |
| 03/29/2013 | Django.Unchained.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 03/29/2013 | OneRepublic - Native [Deluxe Version] (2013) |
| 03/29/2013 | [Taka]_Naruto_Shippuuden_301_[720p][F1AE5750].mp4 |
| 03/28/2013 | Writing Fiction For Dummies (.PDF .MOBI .EPUB) |
| 03/26/2013 | X-Art - Another Night - Bunny [1080p].mp4 |
| 03/26/2013 | BioShock_Infinite-FLT |
| 03/26/2013 | Langt.fra.Las.Vegas.S01E03.Mia.Hundvin.DvDrip.avi |
| 03/26/2013 | X-Art - Enchanting Real Orgasms - Caprice, Clover [1080p].mov |
| 03/26/2013 | American.Dad.S08E14.720p.HDTV.X264-DIMENSION [PublicHD] |
| 03/26/2013 | How.I.Met.Your.Mother.S08E20.720p.HDTV.X264-DIMENSION [PublicHD] |
| 03/25/2013 | Assassins.Creed.III.Update.v1.03-RELOADED |
| 03/25/2013 | Family.Guy.S11E16.720p.HDTV.X264-DIMENSION [PublicHD] |
| 03/25/2013 | Assassins.Creed.III.v1.02.Update-SKIDROW |
| 03/24/2013 | flt-sgw2.iso |
| 03/24/2013 | Resident.Evil.6-RELOADED |
| 03/24/2013 | CyberLink YouCam Deluxe 5.0.2308 Retail (Holiday Pack-4) [ChingLiu] |
| 03/24/2013 | X-Art.13.03.24.Baby.Afternoon.Snack.XXX.1080p.MP4-KTR[rarbg] |
| 03/24/2013 | Assassins.Creed.III.v1.04.Update.Repack-SKIDROW |
| 03/21/2013 | The.Hobbit.An.Unexpected.Journey.2012.1080p.BluRay.10bit.48fps.edition.DTS.x264-HDMaNiAcS |
| 03/21/2013 | The.Hobbit.An.Unexpected.Journey.2012.BluRay.1080p.x264-10bit.DTS-HD.MA.7.1-HDTime [PublicHD] |
| 03/21/2013 | VMware.Workstation.v9.0.2.1031769.Incl.Keymaker-ZWT |
| 03/20/2013 | X-Art.13.03.20.Addison.Circles.Of.Bliss.XXX.1080p.MOV-KTR[rarbg] |
| 03/20/2013 | Amour 2012 720p BluRay DTS x264-EbP [BrRip] |
| 03/20/2013 | Seven Psychopaths 2012 BRRip XviD AC3-LYCAN [ISOHUNT] |
| 03/20/2013 | 02. Juno Reactor - High Energy Protons (1994)[320kbps][www.pctorrent.com] |
| 03/19/2013 | Sniper.Ghost.Warrior.2.v1.04.Update-SKIDROW |
| 03/19/2013 | [Taka]_Naruto_Shippuuden_300_[720p][A98911FA].mp4 |
| 03/19/2013 | Trials.Evolution.Gold.Edition-SKIDROW |
| 03/19/2013 | Top_Gear.19x07.720p_HDTV_x264-FoV [PublicHD] |
| 03/18/2013 | [ www.Torrenting.com ] - The.Simpsons.S24E16.720p.HDTV.X264-DIMENSION |

EXHIBIT C

NIL84

| Hit Date UTC | Filename |
|---|---|
| 03/18/2013 | Family.Guy.S11E15.720p.HDTV.X264-DIMENSION [PublicHD] |
| 03/18/2013 | The Game – Neil Strauss |
| 03/17/2013 | Lena – Lena (2006).rar |
| 03/17/2013 | X-Art.13.02.22.Lia.Black.And.White.XXX.1080p.MP4-KTR[rarbg] |
| 03/15/2013 | X-Art.13.03.15.Kiera.Late.For.Work.XXX.1080p.MP4-KTR[rarbg] |
| 03/15/2013 | Oasis – Only Hits |
| 03/14/2013 | X-Art.13.03.12.Mia.M.Jumping.On.The.Bed.XXX.1080p.MP4-KTR[rarbg] |
| 03/12/2013 | The.Hobbit.An.Unexpected.Journey.2012.1080p.BluRay.DTS.x264-HDMaNiAcS |
| 03/12/2013 | [ www.Torrenting.com ] - Family.Guy.S11E14.720p.HDTV.X264-DIMENSION |
| 03/11/2013 | Tomb.Raider.v1.0.718.4.Update-SKIDROW |
| 03/11/2013 | SolveigMM Video Splitter v3.6.1301.9 With Key [TorDigger] |
| 03/11/2013 | [ www.Torrenting.com ] - American.Dad.S08E13.720p.HDTV.X264-DIMENSION |
| 03/11/2013 | The.Simpsons.S24E15.HDTV.x264-LOL.mp4 |
| 03/11/2013 | X-Art.13.03.08.Angelica.Spilled.Milk.XXX.1080p.MOV-KTR |
| 03/10/2013 | UP-TombRaider |
| 03/10/2013 | The Devils Rock 2011 DVDRIP.XVID-WBZ |
| 03/10/2013 | Dead_Season_2012_DVDRip_XviD_ZQQ |
| 03/10/2013 | [Taka]_Naruto_Shippuuden_298_[720p][39F58C92].mp4 |
| 03/10/2013 | [yibis]_One_Piece_584_[720p][A92C018B].mkv |
| 03/09/2013 | Saga 010 (2013) (Digital) (Zone-Empire).cbr |
| 03/09/2013 | Wreck.It.Ralph.2012.1080p.BluRay.REMUX.DTS-HD.MA.7.1-PublicHD |
| 03/09/2013 | Comme des freres [2012] DVDRip X264 AAC – playXD |
| 03/09/2013 | Lincoln.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 03/08/2013 | The.Hobbit.An.Unexpected.Journey.2012.BluRay.1080p.AVC.DTS-HD.MA7.1-CHDBits [PublicHD] |
| 03/08/2013 | Robot.And.Frank.2012.1080p.BluRay.DTS.x264-PublicHD |
| 03/07/2013 | X-Art.13.03.05.Beatrice.Two.Boys.And.A.Girl.XXX.1080p.MOV-KTR |
| 03/07/2013 | X-Art – Maya (Photo Fantasy) 2012 1080p WEB-DL AAC MPEG-4-KTR.mov |
| 03/07/2013 | X-Art – Red Satin – Mia Malkova [1080p].mp4 |
| 03/07/2013 | [Taka]_Naruto_Shippuuden_297_[720p][6FE2C91B].mp4 |
| 03/07/2013 | GURPS 3rd Ed – EDN0024 – Conspiracy X.pdf |
| 03/05/2013 | Tomb.Raider-SKIDROW |
| 03/05/2013 | [ www.Torrenting.com ] - The.Simpsons.S24E14.720p.HDTV.X264-DIMENSION |
| 03/05/2013 | Nacho.Vidal.Melody.Star.Have.Fun.Scene.3.EvilAngel.2012.HD_iyutero.com.mp4 |
| 03/05/2013 | 2013.03.04.ORL@NOH.540p.mkv |
| 03/05/2013 | Marco CD 01_Capitulos_1-2-3_[WwW.RiojaTorrent.CoM] |
| 03/05/2013 | Cirque.du.Soleil.Worlds.Away.2012.BluRay.1080p.DTS.x264-CHD [PublicHD] |
| 03/05/2013 | Kane.and.Lynch.DvdRip.Eng.AFX.avi |
| 03/04/2013 | AVG Internet Security 2013 Build 13.0.2890 Final + Key |
| 03/04/2013 | Hall pass [2011] ENG |
| 03/04/2013 | Call for free 2013.exe |
| 03/04/2013 | Top_Gear.19x06.720p_HDTV_x264-FoV [PublicHD] |

EXHIBIT C

NIL84

| Hit Date UTC | Filename |
|---|---|
| 03/03/2013 | DR Hook |
| 03/03/2013 | X-Art.13.02.05.Eufrat.And.Angelica.Deep.Longing.XXX.1080p.WMV-KTR[rarbg] |
| 03/02/2013 | X-Art.13.03.01.Kaylee.Mad.Passion.XXX.1080p.MP4-KTR[rarbg] |
| 03/02/2013 | X-Art - Inside Perfection - Angelica [1080p].mov |
| 03/02/2013 | Linspire.iso |
| 03/02/2013 | X-Art - Ready for Bed - Lexi Belle [1080p].mp4 |
| 03/02/2013 | X-Art.13.02.26.Tiffany.F.Tuesday.Morning.XXX.1080p.MOV-KTR[rarbg] |
| 03/02/2013 | x-art_angelica_a_little_rain_must_fall_1080.wmv |
| 03/02/2013 | X-Art.12.12.25.Angelica.Naughty.And.Nice.XXX.1080p.MOV |
| 03/02/2013 | X-Art.12.11.28.Angelica.Introducing.Angelica.XXX.1080p.MOV-SEXORS[rbg] |
| 03/01/2013 | Crysis.3.Update.v1.1.INTERNAL-RELOADED |
| 03/01/2013 | The.Hobbit.An.Unexpected.Journey.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 02/28/2013 | Brutal.Legend-RELOADED |
| 02/27/2013 | Lincoln 2012 DVDRip XviD AC3-3LT0N |
| 02/27/2013 | Argo.2012.720p.BluRay.DTS.x264-PublicHD |
| 02/27/2013 | Beseech--Drama-Promo-2004 |
| 02/27/2013 | HyperSonic.4-SKIDROW[rarbg] |
| 02/27/2013 | [ www.Torrenting.com ] - How.I.Met.Your.Mother.S08E18.720p.HDTV.X264-DIMENSION |
| 02/26/2013 | Jabardasth (2013) ~320Kbps |
| 02/26/2013 | How.I.Met.Your.Mother.S08E18.HDTV.x264-LOL.mp4 |
| 02/26/2013 | Crysis.3.INTERNAL-RELOADED |
| 02/26/2013 | Crysis.3.Crackfix.2.INTERNAL-RELOADED |
| 02/25/2013 | Top.Gear.S19E05.720p.REPACK.HDTV.x264-RiVER |
| 02/24/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 02/24/2013 | X-Art - Black And White - Lia [1080p].mp4 |
| 02/24/2013 | Osprey Ess-003 - The Napoleonic Wars Vol 1 - The Rise Of The Emperor 1805-1807.pdf |
| 02/24/2013 | VA-Thunderdome_-_Turntablized_Mixed_By_Unexist-CD-2004-QTXMp3 |
| 02/24/2013 | Nellie Melba - 16 arias and songs 1904-1923 |
| 02/24/2013 | X-Art - A Morning to Remember - Silvie Delux [1080p].mov |
| 02/24/2013 | AOE-All.rar |
| 02/24/2013 | X-Art - Sacred Romance - Connie [1080p].mov |
| 02/24/2013 | X-Art - Apartment in Madrid - Kaylee [1080p].mp4 |
| 02/23/2013 | Crysis3 |
| 02/22/2013 | [ www.Torrenting.com ] - Playing.for.Keeps.2012.720p.BRRip.x264.AC3-PTpOWeR |
| 02/19/2013 | American.Dad.S08E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/19/2013 | Chasing.Mavericks.2012.720p.BluRay.DTS.x264-PublicHD |
| 02/19/2013 | [ www.Torrenting.com ] - How.I.Met.Your.Mother.S08E17.720p.HDTV.X264-DIMENSION |
| 02/19/2013 | Family.Guy.S11E13.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/18/2013 | The.Simpsons.S24E13.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/18/2013 | After Dark - Burlesque,Lady Gaga-medley (Live QX Gaygala 2013).mp4 |
| 02/18/2013 | Wreck.It.Ralph.2012.1080p.BluRay.DTS.x264-PublicHD |

EXHIBIT C

NIL84

| Hit Date UTC | Filename |
| --- | --- |
| 02/18/2013 | [ www.Torrenting.com ] - Top_Gear.19x04.720p_HDTV_x264-FoV |
| 02/17/2013 | [Taka]_Naruto_Shippuuden_295_[720p][306F8D5C].mp4 |
| 02/16/2013 | 0107-S-cute182-Risa5 |
| 02/16/2013 | Ace_Combat_Assault_Horizon_Enhanced_Edition-FLT |
| 02/15/2013 | Wreck-It Ralp |
| 02/15/2013 | Wreck-It.Ralph.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 02/15/2013 | Ральф (Complete Score) 2012 |
| 02/14/2013 | Amish.Mafia.S01E04.HDTV.x264-KILLERS |
| 02/14/2013 | Alicia Keys-Girl On Fire (2012) 320Kbit(mp3) DMT |
| 02/14/2013 | Priyanka Chopra - In My City ft. will.i.am HD 1080p ESubs NimitMak SilverRG |
| 02/13/2013 | [Taka]_Naruto_Shippuuden_294_[720p][07812BDB].mp4 |
| 02/12/2013 | [Taka]_Naruto_Shippuuden_292_[720p][3BE98642].mp4 |
| 02/12/2013 | How.I.Met.Your.Mother.S08E16.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/12/2013 | [Taka]_Naruto_Shippuuden_291_[720p][699616D6].mp4 |
| 02/12/2013 | [Taka]_Naruto_Shippuuden_293_[720p][829305E6].mp4 |
| 02/12/2013 | Aliens_Colonial_Marines-FLT |
| 02/11/2013 | Top_Gear.19x03.720p_HDTV_x264-FoV [PublicHD] |
| 02/11/2013 | American.Dad.S08E11.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/11/2013 | Family.Guy.S11E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/11/2013 | [ www.Speed.Cd ] - Top_Gear.19x03.720p_HDTV_x264-FoV |
| 02/11/2013 | The.Simpsons.S24E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 02/10/2013 | PlayboyTV Foursome Seasons 1-5 |
| 02/06/2013 | Dead.Space.3-RELOADED |
| 02/06/2013 | Viswaroopam (2013) - Telugu - DVDSCR - 600 MB ~CRAZYCHINNI~.mp4 |
| 02/05/2013 | Silent Hill Revelation (2012) [1080p] |
| 02/05/2013 | How.I.Met.Your.Mother.S08E15.720p.HDTV.264-DIMENSION [PublicHD] |
| 02/05/2013 | The Script-#3 (Deluxe Edition)(2012) 320Kbit(mp3) DMT |
| 02/05/2013 | Night Visions.zip |
| 02/04/2013 | Top.Gear.19x02.720p.HDTV.x264-FoV.mkv |
| 02/04/2013 | Skyfall.2012.BluRay.x264-10bit.720p.DTS-MySiLU [PublicHD] |
| 02/03/2013 | Skyfall.2012.720p.BluRay.x264-DAA [PublicHD] |
| 02/03/2013 | Cloudy With A Chance Of Meatballs 2009 720p BluRay x264 DTS-brrip.net |
| 02/02/2013 | Skyfall.2012.720p.BRRiP.XViD.AC3-LEGi0N |
| 02/02/2013 | DS3 |
| 02/01/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 02/01/2013 | X-Art - Working Out Together - Kristen [1080p].mov |
| 02/01/2013 | Mastering the Art of French Cooking.pdf |
| 02/01/2013 | Michael Connelly -2003- Mörkare än natten |
| 02/01/2013 | Die Zeit 2007 10.pdf |
| 02/01/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 02/01/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |

EXHIBIT C

NIL84

| Hit Date UTC | Filename |
| --- | --- |
| 01/31/2013 | [Taka]_Naruto)Shippuuden_Movie_5_Blood_Prison_+_OVA_[C175BA1B].mp4 |
| 01/31/2013 | [yibis]_One_Piece_582_[720p][8252D609].mkv |
| 01/30/2013 | Red Cliff IandII |
| 01/30/2013 | COMSOL Multiphysics 4.3 with Update 2 |
| 01/28/2013 | Family.Guy.S11E11.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/28/2013 | American.Dad.S08E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/28/2013 | The.Simpsons.S24E11.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/28/2013 | [ www.Speed.Cd ] - Top_Gear.19x01.720p_HDTV_x264-FoV |
| 01/27/2013 | [yibis]_One_Piece_581_[720p][CCA29CB8].mkv |
| 01/26/2013 | DmC.Devil.may.Cry-RELOADED |
| 01/26/2013 | Ace_Combat_Assault_Horizon_Enhanced_Edition-FLT |
| 01/26/2013 | Strike Suit Zero [PC] Full Game Cracked -RELOADED |
| 01/25/2013 | [Taka]_Naruto_Shippuuden_289_[720p][5DB0CEEE].mp4 |
| 01/24/2013 | sr-dawnstar |
| 01/23/2013 | Big Bang Theory Torrent |
| 01/23/2013 | [yibis]_One_Piece_580_[720p][51355351].mkv |
| 01/22/2013 | How.I.Met.Your.Mother.S08E14.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/21/2013 | 总统一家.1600.Penn.S01E02.Chi_Eng.HR-HDTV.AC3.1024X576.x264-YYeTs人人影视.mkv |
| 01/20/2013 | The.Hunger.Games:.Mockingjay.Part.1.DVDRip.HD |
| 01/19/2013 | [Bloat] Evangelion (Complete) |
| 01/19/2013 | [ www.Speed.Cd ] - Fringe.S05E12.720p.HDTV.X264-DIMENSION |
| 01/19/2013 | Fringe.S05E13.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/19/2013 | [ www.Speed.Cd ] - Fringe.S05E13.720p.HDTV.X264-DIMENSION |
| 01/19/2013 | Fringe.S05E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/18/2013 | Stand Up Guys 2012 DVDSCR XviD 5.1 - MATiNE |
| 01/18/2013 | LITTLE FOCKERS 2010 R5 Line XviD-SKILA |
| 01/17/2013 | saga_009_2013_digital_megan-empire_.cbr |
| 01/15/2013 | [ www.Speed.Cd ] - How.I.Met.Your.Mother.S08E13.720p.HDTV.X264-DIMENSION |
| 01/15/2013 | How.I.Met.Your.Mother.S08E13.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/14/2013 | [ www.Speed.Cd ] - Family.Guy.S11E10.720p.HDTV.X264-DIMENSION |
| 01/14/2013 | [ www.Speed.Cd ] - The.Simpsons.S24E10.720p.HDTV.X264-DIMENSION |
| 01/14/2013 | American.Dad.S08E09.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/14/2013 | [Taka]_Naruto_Shippuuden_288_[720p][6C3333A5].mp4 |
| 01/12/2013 | Mass.Effect.Paragon.Lost.2012.BluRay.1080p.DTS.x264-BluHD [PublicHD] |
| 01/12/2013 | Fringe.S05E11.720p.HDTV.x264-EVOLVE [PublicHD] |
| 01/12/2013 | [Salender-Raws] Evangelion (DVDRip x264 10bit 768x576 AC3) |
| 01/11/2013 | Hubal.1973.D.DVD5 |
| 01/11/2013 | Hotel.Transylvania.2012.1080p.BluRay.DTS.x264-PublicHD |
| 01/10/2013 | Seven.Psychopaths.2012.1080p.BluRay.x264-SPARKS [PublicHD] |
| 01/10/2013 | [yibis]_One_Piece_579_[720p][0EC53CFB].mkv |
| 01/10/2013 | alex hunter series by greig beck |

EXHIBIT C

NIL84

| Hit Date  UTC | Filename |
| --- | --- |
| 01/09/2013 | [ www.Torrenting.com ] - Seven Psychopaths 2012 DVDSCR XVID AC3 - Silent Hill-HD |
| 01/09/2013 | Hotel.Transylvania.2012.1080p.WEB-DL.H264-WEBiOS [PublicHD] |
| 01/09/2013 | Taken 2 (2012) UNRATED EXTENDED CUT 720p BluRay x264 DD5.1-HDG |
| 01/08/2013 | [Taka]_Naruto_Shippuuden_286-287_[720p][B48E507C].mp4 |
| 01/08/2013 | [ www.Speed.Cd ] - Family.Guy.S11E09.720p.HDTV.X264-DIMENSION |
| 01/07/2013 | [ www.TorrentDay.com ] - Family.Guy.S11E09.HDTV.XviD-AFG |
| 01/07/2013 | American.Dad.S08E08.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/07/2013 | The.Simpsons.S24E09.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/05/2013 | Andy McDermott.zip |
| 01/05/2013 | Dragonball Z Kai Complete [Blu Ray] |
| 01/05/2013 | I.Robot.2004.720p.BluRay.DTS.x264-CtrlHD [PublicHD] |
| 01/05/2013 | [yibis]_One_Piece_578_[720p][99DA5B12].mkv |
| 01/05/2013 | [Taka]_Naruto_Shippuuden_285_[720p][D1990C88].mp4 |
| 01/05/2013 | X-Art.December.2012.Siterip.l.1080P |
| 01/04/2013 | Skrillix Bangarang EP |
| 01/04/2013 | [ www.TorrentDay.com ] - National.Geographic.Megastructures.Spaceport.America.PDTV.x264-TViLLAGE |
| 01/04/2013 | prnfle1062x.mov |
| 01/04/2013 | [ www.TorrentDay.com ] - National.Geographic.Megastructures.Korean.Superlink.PDTV.x264-TViLLAGE |
| 01/04/2013 | Skrillex - Bangarang EP |
| 01/04/2013 | Robot.And.Frank.2012.VOSTFR.1080p.BluRay.x264-DTS-HDMA-2Fast |
| 12/31/2012 | John.Dies.In.The.End.2012.1080p.WEB-DL.H264-WEBiOS [PublicHD] |
| 12/31/2012 | X-Art - Lovers Quarrel - Ivy [1080p].wmv |
| 12/31/2012 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 12/31/2012 | [CBM] Bleach the Movie 4 - Hell Verse (Dual Audio) [BDRip-1080p-8bit] |
| 12/31/2012 | X-Art.12.12.18.Gianna.A.Love.Story.XXX.1080p.MOV-KTR[rbg] |
| 12/31/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 12/31/2012 | German milf anal - pornbay.org |
| 12/30/2012 | [ www.Speed.Cd ] - American.Dad.S08E05.720p.HDTV.X264-DIMENSION |
| 12/30/2012 | John.Dies.At.The.End.2012.HDRip.XviD.HS |
| 12/30/2012 | X-Art - Wild Things - Silvie, Grace [1080p].mov |
| 12/30/2012 | x-art_angelica_naughty_and_nice_1080.mov |
| 12/30/2012 | ktr.xart.12.12.23.beatrice.a.girls.fantasy.mov |
| 12/30/2012 | Ransom (Mel Gibson) Xvid.avi |
| 12/30/2012 | X-Art - A Girls Fantasy - Beatrice [1080p].mov |
| 12/30/2012 | Defloration.12.12.20.Alisa.Gubina.Hardcore.XXX.1080p.MP4-KTR[rbg] |
| 12/29/2012 | Rurouni.Kenshin.2012.576p.BRRip.x264.AC3-JYK |
| 12/29/2012 | [ www.Torrenting.com ] - Rise Of The Guardians 2012 TS READNFO XViD v2 - INSPiRAL |
| 12/29/2012 | Cloud.Atlas.2012.720p.BluRay.x264-BiDA [PublicHD] |
| 12/28/2012 | This Is 40 2012 DVD Screener Xvid UnKnOwN |
| 12/28/2012 | [Taka]_Naruto_Shippuuden_284_[720p][53033792].mp4 |

EXHIBIT C

NIL84

| Hit Date UTC | Filename |
|---|---|
| 12/27/2012 | Ruby.Sparks.2012.LIMITED.720p.BluRay.X264-AMIABLE [PublicHD] |
| 12/27/2012 | Awakenings 1990 720p BRRip x264-HDLiTE |
| 12/25/2012 | THE PERKS OF BEING A WALLFLOWER (2012) DVDScr [MKV 6ch AC3][RoB] |
| 12/24/2012 | Family.Guy.S11E08.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/24/2012 | American.Dad.S08E07.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/22/2012 | [ www.Torrenting.com ] - Flight.2012.DVDSCR.x264.AAC-BiGKATS |
| 12/22/2012 | Cloud.Atlas.2012.RC.BDRip.STUDIO.AUDIO.XVID.AC3-5.1.HQ.Hive-CM8 |
| 12/22/2012 | Frankenweenie.2012.1080p.BluRay.x264-SPARKS |
| 12/22/2012 | Fringe.S05E10.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/22/2012 | [yibis]_One_Piece_575_[720p][0BC5CAD7].mkv |
| 12/22/2012 | The.Help.2011.720p.BluRay.x264-Felony |
| 12/21/2012 | Saga 008 (2013) (Digital) (Zone-Empire).cbr |
| 12/19/2012 | Mass.Effect-Paragon.Lost.2012.720p.BluRay.X264-NYDIC [PublicHD] |
| 12/19/2012 | (UFO) COMETA Report - UFOs and Defense - What Should We Prepare For - English Translation - 2of2.pdf |
| 12/18/2012 | How.I.Met.Your.Mother.S08E11E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/18/2012 | Far.Cry.3-RELOADED |
| 12/17/2012 | [ www.Speed.Cd ] - The.Simpsons.S24E08.720p.HDTV.X264-DIMENSION |
| 12/17/2012 | Far Cry 3 [MULTI12][PCDVD][2DVDs][RELOADED][WwW.GamesTorrents.CoM] |
| 12/16/2012 | Hitman.Absolution.v1.0.438.0.Update-SKIDROW |
| 12/16/2012 | Hitman.Absolution-SKIDROW |
| 12/16/2012 | Hitman.Absolution.v1.0.444.0.Update-SKIDROW |
| 12/15/2012 | Far.Cry.3.Update.v1.02-RELOADED |
| 12/15/2012 | La.Luna.2011.1080p.BluRay.x264-EbP [PublicHD] |
| 12/15/2012 | Fringe.S05E09.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/13/2012 | Indiana Jones Raiders Of The Lost Ark 1981 720p Bluray DTS SilverTorrentHD |
| 12/13/2012 | Looper.2012.720p.BluRay.DTS.x264-PublicHD |
| 12/13/2012 | Indiana Jones And The Kingdom Of The Crystal Skull 2008 720p Bluray DTS SilverTorrentHD |
| 12/10/2012 | American.Dad.S08E06.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/10/2012 | The.Simpsons.S24E07.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/10/2012 | Family.Guy.S11E07.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/09/2012 | Conversione XCOM Enemy Unknown |
| 12/09/2012 | Alex.Cross.2012.1080p.BluRay.DTS.x264-PublicHD |
| 12/09/2012 | [Taka]_Naruto_Shippuuden_282_[720p][E48A254D].mp4 |
| 12/09/2012 | [Taka]_Naruto_Shippuuden_281_[720p][46329575].mp4 |
| 12/09/2012 | Hawaii.Five-0.2010.S03E04.480p.HDTV.x264-SM |
| 12/09/2012 | [Taka]_Naruto_Shippuuden_283_[720p][D16BFF7E].mp4 |
| 12/08/2012 | Fringe.S05E08.720p.HDTV.X264-DIMENSION [PublicHD] |
| 12/08/2012 | Resident.Evil.Retribution.2012.720p.BluRay.x264.DTS-HDChina [PublicHD] |
| 12/07/2012 | The.Bourne.Trilogy.2002-2007.720p.BluRay.DTS.x264-ESiR |
| 12/07/2012 | The.Hottest.Place.On.Earth.2009.720p.BluRay.DTS.x264-DON [PublicHD] |
| 12/05/2012 | How.To.Grow.A.Planet.2012.COMPLETE.720p.BluRay.x264-PublicHD |

EXHIBIT C

NIL84

| Hit Date UTC | Filename |
|---|---|
| 12/04/2012 | [ www.Speed.Cd ] - How.I.Met.Your.Mother.S08E09.720p.HDTV.X264-DIMENSION |
| 12/01/2012 | The.Dark.Knight.Rises.2012.1080p.BluRay.AVC.DTSHD.MA.5.1-PublicHD |
| 12/01/2012 | G.I.Joe.The.Rise.Of.Cobra.2009.720p.BluRay.DTS.x264-CtrlHD [PublicHD] |
| 12/01/2012 | The.Bourne.Legacy.2012.720p.BluRay.x264.DTS-HDChina [PublicHD] |
| 11/30/2012 | LEGO.Lord.of.the.Rings-RELOADED |
| 11/29/2012 | [yibis]_One_Piece_572_[720p][06F5596A].mkv |
| 11/29/2012 | Indiana Jones and the Last Crusade 1989 BluRay 720p DTS x264-3Li |
| 11/29/2012 | Stardust 2007 BDRip 1080p DTS multisub HighCode |
| 11/29/2012 | Premium.Rush.2012.720p.BluRay.DTS.x264-PublicHD |
| 11/29/2012 | [yibis]_One_Piece_573_[720p][D2703392].mkv |
| 11/29/2012 | Assassins.Creed.III-SKIDROW |
| 11/27/2012 | How I Met Your Mother S08E08 720p HDTV X264-DIMENSION [PublicHD] |
| 11/27/2012 | First Wave S02E06 Red Flag Divx DSR |
| 11/26/2012 | Family Guy S11E06 720p HDTV X264-DIMENSION [PublicHD] |
| 11/26/2012 | The.Simpsons.S24E06.720p.HDTV.X264-DIMENSION [PublicHD] |
| 11/25/2012 | Top.Gear.The.Worst.Car.In.The.History.Of.The.World.2012.1080p.BluRay.x264-TENEIGHTY [PublicHD] |
| 10/16/2012 | Daemon Tools Lite 4.45.4.0315.exe |

EXHIBIT C

NIL84